```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

MITSUBISHI INTERNATIONAL
CORPORATION,

                     Petitioner,

-against-

NEW HAVEN CHEMICALS IOWA LLC and TSS GROUP,

                     Respondents.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/2020

20 Civ. 1317 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On February 14, 2020, Petitioner filed a petition to confirm an arbitration award. ECF No. 1. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is ORDERED that:

1. By **March 20, 2020**, Petitioner shall file and serve a statement pursuant to Local Civil Rule 56.1 and any additional materials with which they intend to support the petition, including memoranda of law, the arbitration award, supporting documents, and any affidavits or declarations attesting that the exhibits are true and correct copies of what they purport to be;

2. By **April 10, 2020**, Respondents shall file their opposition; and

3. Petitioner's reply, if any, is due by **April 24, 2020**.

      IT IS FURTHER ORDERED that by **March 6, 2020**, Petitioner shall serve a copy of the petition and this order upon Respondents by personal service on an officer, director, managing or general agent, or cashier or assistant cashier or to any other agent authorized by appointment or by law to receive service, pursuant to N.Y. C.P.L.R. § 311, and upon the secretary of state, pursuant to N.Y. Bus. Corp. Law § 306. By **March 11, 2020**, Petitioner shall file an affidavit of such service.

      SO ORDERED.

Dated: February 21, 2020
       New York, New York

                                              ANALISA TORRES
                                   United States District Judge