**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
MITSUBISHI INTERNATIONAL
CORPORATION,

                      Petitioner,         20 **CIVIL** 1317 (AT)

       -against-                    **JUDGMENT**

NEW HAVEN CHEMICALS IOWA LLC
and TSS GROUP,
                      Respondents.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 31, 2020, IT IS HEREBY ORDERED as follows:

1.     The Arbitration Consent Award is Confirmed.

2.     Pursuant to the award and subject to the terms of the Settlement Agreement Respondents are required to pay Petitioner (i) $818,359.34 with interest thereon at a rate equal to one percent (1%) above the applicable prime commercial lending rate announced by Chase Manhattan Bank, N.A. at its principal New York City office or the maximum lawful rate allowed under applicable law (whichever is lower), from April 8, 2019 until paid, plus reasonable attorney's fees and all costs related to the execution and enforcement of this Agreement, and the enforcement of the Contracts and the Guarantee.

3.     Judgment is entered in favor of Petitioner in accordance; accordingly, the case is closed**.**

**Dated**: New York, New York
       March 31, 2020

                                        **RUBY J. KRAJICK**
                                        _____
                                          **Clerk of Court**
         **BY:**
                     _____
                                          **Deputy Clerk**